No. 260.   THOMPSON v. UNITED STATES.   C. A. 2d Cir. Certiorari denied.   MR. JUSTICE BLACK is of the opinion certiorari should be granted.   *John J. Abt* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Tompkins, Harold D. Koffsky* and *Lawrence K. Bailey* for the United States.

No. 4, Misc.   GILBERT v. HEINZE, WARDEN.   Supreme Court of California.   Certiorari denied.   Petitioner *pro se.   Edmund G. Brown,* Attorney General of California, *Clarence A. Linn,* Chief Assistant Attorney General, and *Arlo E. Smith,* Deputy Attorney General, for respondent.

No. 5, Misc.   THOMPSON v. EIDSON, WARDEN.   Supreme Court of Missouri.   Certiorari denied.   Petitioner *pro se.   John M. Dalton,* Attorney General of Missouri, and *Samuel M. Watson,* Assistant Attorney General, for respondent.

No. 6, Misc.   BERRYMAN v. CRANOR, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY.   Supreme Court of Washington.   Certiorari denied.   Petitioner *pro se. Don Eastvold,* Attorney General of Washington, and *Cyrus A. Dimmick,* Assistant Attorney General, for respondent.

No. 7, Misc.   RHONE v. PENNSYLVANIA.   Supreme Court of Pennsylvania, Eastern District.   Certiorari denied.

No. 8, Misc.   DOUGLAS v. RAGEN, WARDEN.   Supreme Court of Illinois.   Certiorari denied.   Petitioner *pro se. Latham Castle,* Attorney General of Illinois, and *William C. Wines,* Assistant Attorney General, for respondent.